1541

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 20-58 |
| v. | (18 U.S.C. § 922(g)(1)) |
| CHERON SHELTON | |

### INDICTMENT

### COUNT ONE

FILED
FEB 25 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

The grand jury charges:

On or about March 12, 2016, in the Western District of Pennsylvania, the defendant, CHERON SHELTON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, Delivery, Manufacture, or Possession with Intent to Deliver or Manufacture a Controlled Substance, on or about June 28, 2010, at Docket Number 16563 of 2009 in the Court of Common Pleas, County of Allegheny, Criminal Division, Commonwealth of Pennsylvania, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, to wit: a Colt Model M4, .22 caliber rifle, serial number BP035241 and .22 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), charged in Count One of this Indictment, the defendant, CHERON SHELTON, shall forfeit to the United States of America any property used and involved in the knowing commission of the offense including a Colt Model M4, .22 caliber rifle, serial number BPO35241 and .22 caliber ammunition.

A True Bill,

*Barbara Washburn*
FOREPERSON

*Scott Brady*
SCOTT W. BRADY
United States Attorney
PA ID No. 88352

2